# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>vs.<br>Defone Dajon Lewis,<br>　　Defendant(s). | NO. CR 08-1136-FRZ-JCG<br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress [40], and Motion to Dismiss [47].

On March 18, 2009, Magistrate Judge Jennifer C. Guerin conducted a hearing and on April 29, 2009 issued her Report and Recommendation [69]. A copy was sent to all parties. Defendant filed Objections to the Report and Recommendation on May 22, 2009 [84]. The United States filed its response to Defendant's Objections on June 22, 2008 [88]. Defendant filed a Reply on June 24, 2009 [92].

The Court, having made a *de novo* review of the record herein, orders as follows:

IT IS ORDERED that Defendant's Objections to Magistrate Judge Guerin's Report and Recommendation are overruled and denied.

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

1    IT IS ORDERED that Defendant's Motion to Suppress [40] and Motion to Dismiss
2 [47] are DENIED.
3    DATED this 26th day of June, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge